**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GABRIEL PITTMAN,

              Appellant

        v.

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS,

              Appellees

: No. 6 MAP 2024
:
: Appeal from the order of the
: Commonwealth Court at No. 476
: MD 2022 dated January 2, 2024.
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                       **DECIDED:  September 26, 2024**

      **AND NOW,** this 26th day of September, 2024, the order of the Commonwealth

Court is **AFFIRMED**.